WR-59,201-03
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/15/2015 4:22:57 PM
Accepted 4/15/2015 4:40:50 PM
ABEL ACOSTA
CLERK

IN THE 148TH DISTRICT COURT
OF NUECES COUNTY, TEXAS

AND

IN THE COURT OF CRIMINAL APPEALS OF TEXAS
IN AUSTIN, TEXAS

| | |
|---|---|
| RICHARD VASQUEZ, JR. <br><br> APPLICANT. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | WRIT NO. _____ <br><br> TRIAL COURT NO. 98-CR-0730-E <br><br> CAPITAL CASE <br><br> Scheduled Execution Date: <br> April 23, 2015 |

## MOTION FOR STAY OF EXECUTION

**Applicant is scheduled to be executed after 6:00 p.m.
On April 23, 2015.**

Andrew M. Edison
Texas Bar No. 00790629
James M. Chambers
Texas Bar No. 24092240
Phoenix Tower
3200 Southwest Freeway, Suite 2100
Houston, Texas 77027
Telephone:  (713) 337-5580
Facsimile:   (713) 337-8850
andrew.edison@emhllp.com
james.chambers@emhllp.com

ATTORNEY FOR RICHARD VASQUEZ, JR.

TO THE HONORABLE JUDGES OF THIS COURT:

In 1999, two doctors told a jury that Applicant Richard Vasquez Jr. intentionally beat his girlfriend's daughter to death. In light of modern scientific knowledge, it is now clear that the science underlying those experts' conclusions was fundamentally unsound. Today, we know that much of the State's evidence against Richard was based on little more than a series of mistaken assumptions. But when Richard's case was tried in June, 1999, the scientific knowledge necessary to refute the State's expert testimony simply did not exist. Thus, Richard was convicted of capital murder and condemned to die without ever having a fair chance to challenge the evidence against him.

The Texas Legislature has recognized the inherent injustice of allowing convictions like Richard's to stand. On September 1, 2013, Article 11.073 of the Texas Code of Criminal Procedure took effect. Commonly referred to as the "Junk Science Law," Article 11.073 provides for habeas relief when an applicant can show that advances in scientific knowledge undermine scientific evidence relied upon by the State at trial. Fundamentally, Article 11.073 recognizes that people accused of a crime should have a fair chance to challenge the evidence against them, and when advances in scientific knowledge cast a conviction into doubt, the accused person should have a fair chance to offer that new evidence in his defense. This Court recognized the same principle in *Ex parte Chabot,* 300 S.W.3d 768, 711

1

(Tex. Crim. App. 2009), which held that the State violates an accused person's right to due process when it offers false testimony to support a conviction, even if it does so unknowingly.

In Richard's case, advances in scientific knowledge show that key elements of the State's case against him were flat wrong. In light of intervening developments in scientific knowledge regarding (1) Shaken Infant Syndrome, (2) head injuries caused by short falls, (3) biomechanics, and (4) Second Impact Syndrome, Richard now has evidence that seriously undermines and forcefully rebuts the State's case against him. But at the time of his trial, Richard hardly stood a chance because the scientific knowledge necessary to refute the State's evidence simply did not exist.

On Tuesday, April 14, 2015, Richard filed a subsequent application for habeas relief in the 148th District Court of Nueces County, Texas, a copy of which accompanies this motion. As fully set out in that application, Richard is entitled to both a decision on the merits of his claims and the relief he seeks. In order to facilitate the full and fair consideration of his application, Richard respectfully requests that the Court stay his execution until a final determination is made on the merits of his pending application. Should this Court entertain any doubt about its authority to enter such an order, Richard asks that—in light of his compelling

claims for relief—the Court stay his execution to allow any further briefing necessary to resolve those doubts.

Respectfully submitted,

EDISON, MCDOWELL & HETHERINGTON LLP

By: _/s/ Andrew M. Edison_
     Andrew M. Edison
     Texas Bar No. 00790629

     James M. Chambers
     Texas Bar No. 24092240

Phoenix Tower
3200 Southwest Freeway, Suite 2100
Houston, Texas 77027
Telephone: (713) 337-5580
Facsimile: (713) 337-8850
andrew.edison@emhllp.com
james.chambers@emhllp.com

ATTORNEYS FOR RICHARD VASQUEZ, JR.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion has been served on April 15, 2015, by email and first-class mail to the following:

Mark Skurka
James Rosenkild
Nueces County District Attorney's Office
901 Leopard Street, Room 206
Corpus Christi, TX 78401
mark.skurka@nuecesco.com
james.rosenkild@nuecesco.com

Matthew Ottoway
Office of the Attorney General
PO Box 12548
Austin, TX 78711
matthew.ottoway@texasattorneygeneral.gov

*/s/ Andrew M. Edison*
Andrew M. Edison

4